AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| United States of America | ) | |
| v. | ) | |
| CHRISTOPHER JOSEPH | ) | Case No.  13-103 MAG |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 8, 2013 _____ in the parish of _____ Orleans _____ in the _____ Eastern _____ District of _____ Louisiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(g)(1) & 924(a)(2) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William E. Tonglet, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/9/13

_____
*Judge's signature*

City and state: _____ New Orleans, Louisiana _____

Honorable Sally Shushan, United States Magistrate Judge
*Printed name and title*

# **A F F I D A V I T**

BEFORE ME, the undersigned authority, personally came and appeared Special Agent William E. Tonglet, of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), United States Department of Justice, who, after being duly sworn, deposed and stated the following information which he acknowledged as true to the best of his knowledge and belief:

1.      I have been employed as a Special Agent with ATF since September of 2004.  I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy.  I am currently assigned to the New Orleans Field Division and have been a member of the Drug Enforcement Administration ("DEA") High Intensity Drug Trafficking Area ("HIDTA") Task Force since September of 2008.

2.      As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws relating to firearms.  I know that it is a violation of Title 18 U.S.C. 922(g)(1) for a person who has been convicted of a felony to receive, possess, or transport a firearm which has affected interstate commerce.

3.      I submit this affidavit in support of a criminal complaint for Christopher JOSEPH because I believe probable cause exists to arrest JOSEPH for the commission of one or more federal criminal offenses based upon the following facts that I have learned from my own personal investigation of this matter, as well as from information supplied by officials with other law enforcement agencies, including the Drug Enforcement Administration.  This affidavit is submitted for the limited purpose of securing a criminal complaint, therefore I am not setting forth each and every fact known to me concerning this investigation.  I am including what I believe are facts sufficient to establish probable cause for the complaint sought.

4.      I have reviewed court records from the Orleans Parish Criminal District Court, regarding Christopher JOSEPH, B/M, DOB: 7/28/1979.  According to these records, JOSEPH was convicted of the felony charge of Possession of Cocaine 200 grams to 400 grams and Distribution of Marijuana, on March 30, 2001,  in case number: 411-492"H".  On October 3, 2003, JOSEPH was sentenced to serve seven (7) years in the custody of the Louisiana Department of Corrections.

5.      In May of 2013, the Drug Enforcement Administration (DEA) initiated a narcotics investigation of JOSEPH.

6.      Based on the results of this investigation, on August 8, 2013, agents obtained a Federal search warrant for a residence utilized by JOSEPH, located at 7433 Dogwood Street in New Orleans, Louisiana.

7.      On August 8, 2013, prior to execution of the search warrant, JOSEPH was detained by agents pursuant to an investigatory traffic stop.

8.    Prior to any questioning, JOSEPH was advised of his Miranda rights, after which he informed agents that he had a firearm under the mattress in his bedroom at 7433 Dogwood Street.

9.    JOSEPH stated that he purchased the firearm approximately a year ago for $80.00 from an unknown individual, and that he knew that he could not purchase a firearm legally because of his felony conviction for Possession of Cocaine.

10.    During execution of the search warrant, agents recovered a Hi-Point Firearms, model JHP, .45 caliber pistol, bearing serial number: 443675, located under the mattress in JOSEPH's bedroom.

11.    According to ATF Interstate Nexus Expert, Special Agent Marlin Ford, Hi-Point Firearms are not manufactured in the state of Louisiana, and therefore the aforementioned firearm had to have traveled in and affected interstate commerce.

12.    Based upon the above information, I submit that probable cause exists to conclude that JOSEPH knowingly possessed a firearm and ammunition that affected interstate commerce after having been convicted of a crime punishable by more than one year of imprisonment in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

WILLIAM E. TONGLET
SPECIAL AGENT, ATF

Subscribed to and sworn before me, on
this _____ day of August, 2013,
in New Orleans, Louisiana.

HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA

–2–